**EXHIBIT B**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MARA LYNN HARRIS,

Plaintiff,

v.

WATERMARK LODGING TRUST, INC.,
MICHAEL G. MEDZIGIAN, BRENDAN M.
MEDZIGIAN, SAMUEL C. ZINMASTER,
ROBERT E. PARSONS, JR., CHARLES S.
HENRY, KATHERINE G. LUGAR, SIMON
M. TURNER, RUSSELL GIMESTOB,
ALEXANDER HALPERN, MICHAEL D.
JOHNSON, and WILLIAM H. REYNOLDS,
JR.;

Defendants.

Case No. 1:22-cv-03163

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, among Plaintiff Mara Lynn Harris ("Plaintiff") and Watermark Lodging Trust, Inc., Michael G. Medzigian, Brendan M. Medzigian, Samuel C. Zinmaster, Robert E. Parsons, Jr., Charles S. Henry, Katherine G. Lugar, Simon M. Turner, Russell Gimestob, Alexander Halpern, Michael D. Johnson, and William H. Reynolds, Jr. ("Defendants"), by and through their undersigned attorneys of record, that:

1.    No party to this action is an infant, incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has any interest in the subject matter of the action;

- 14 -

.

2. Each of Plaintiff's claims against each of the Defendants in the above-captioned action is hereby dismissed *with prejudice*, with each party bearing its own costs.

Dated: March __, 2023    2023-04-12

*Anthony Candido*

Anthony M. Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019

*Attorneys for Defendants*

*Laurence M. Landsman*

Laurence M. Landsman, PLLC
LANDSMAN SALDINGER
   CARROLL, PLLC
161 North Clark Street, Suite 1600
Chicago, IL 60601

-and-

Howard T. Longman
LONGMAN LAW, P.C.
354 Eisenhower Parkway, Suite 1800
Livingston, NJ 07039

*Attorneys for Mara Lynn Harris*

- 15 -

Document Ref: 2QQSW-GEKVK-EH7PC-ES9ZQ